# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0544.  TANISHA JEWEL TURNER v. COLIN ORLANDO WEBB.**

Tanisha Jewel Turner appeals the trial court's order finding her in contempt of various provisions of the parties' divorce decree.  Although Turner's notice of appeal indicated that she was appealing to this Court, she later filed an amended notice of appeal signaling her intent to appeal to the Supreme Court of Georgia.  In light of this amended notice, and because the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases," Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  12/01/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*